

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

United States of America

                      Plaintiff,

   v.                                    Case No.  Cr. S-08-566 LKK

Randall Lee Rahal

                      Defendant.

    I, <u>Christopher D. Adams, Esq.</u>, attorney for <u>Randall Lee Rahal</u>, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.  In support of this petition, I state under penalty of perjury that:

    My business address is:

Firm Name:    <u>Walder, Hayden & Brogan, P.A.</u>

Address:    <u>5 Becker Farm Road</u>

City:    <u>Roseland</u>

State:    <u>New Jersey</u>    ZIP Code:    <u>07110</u>

Voice Phone:    <u>(973) 436-4111</u>

FAX Phone:    <u>(973) 436-4211</u>

Internet Email: <u>cdadams@whbesqs.com</u>

    I reside in:

City:    <u>Denville</u>

State:    <u>New Jersey</u>

    I was admitted to practice in the <u>Supreme Court of New Jersey</u> on <u>May 24, 1999</u>, the <u>United States District Court for the District of New Jersey</u> on <u>June 1, 1999</u>, and the <u>United States Court of Appeals for the Third Circuit</u> on <u>December 11, 2000</u>.  I am presently in good standing and eligible to practice in said court.  I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:         David W. Dratman

Firm Name:    David W. Dratman, Attorney at Law

Address:      1007 7th Street, Suite 305

City:         Sacramento

State:        California

ZIP Code:     95814

Voice Phone:  (916) 443-2000

FAX Phone:    (916) 443-0989

E-mail:       dwdratman@aol.com

Dated: December 10, 2008                    Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated: December 15, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT