```
 1
 2
 3
 4
 5
 6
 7
                        UNITED STATES DISTRICT COURT
 8
                       EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,
11
                   Plaintiff,
12
              v.                          CR. NO. S-08-566 LKK
13
    RANDALL LEE RAHAL,
14
                   Defendant.
15                                    /
    UNITED STATES OF AMERICA,
16
                   Plaintiff,
17
              v.                          CR. NO. S-09-035 LKK
18
    ROBERT WATSON,
19
                   Defendant.
20                                    /
    UNITED STATES OF AMERICA,
21
                   Plaintiff,
22
              v.                          CR. NO. S-09-040 LKK
23
    JAMES RICHARD WAHL, JR.,
24
                   Defendant.
25                                    /
26  ////
```

```
1  UNITED STATES OF AMERICA,
2                    Plaintiff,
3           v.                          CR. NO. S-09-062 LKK
4  JENNIFER LOU DAHLMAN,
5                    Defendant.         NON-RELATED CASE ORDER
6  _____/
```

The court is in receipt of the notice of related cases filed on February 18, 2009, in which a defendant in <u>Four In One Company, Inc. v. SK Foods, et al.</u>, Case No. 2:08-cv-3017-MCE-EFB, states that the above-captioned cases are related to Case No. 08-cv-03017-MCE-EFB, Case No. 08-cv-03074-MCE-EFB, Case No. 09-cv-000027-MCE-EFB, Case No. 09-cv-00148-MCE-EFB, Case No. 09-cv-00208-FCD-GGH, and Case No. 09-cv-00240. After review of the cases, the court concludes that they do not meet the definition of "related cases" as given by Local Rule 83-123(a) and therefore DECLINES to relate them.

IT IS SO ORDERED.

DATED: February 23, 2009.

*[signature: Lawrence K. Karlton]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT