UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>RANDALL LEE RAHAL,<br><br>          Defendant.<br>_____/ | CR. NO. S-08-566 LKK<br><br>O R D E R |

On February 18, 2009, the court declined to relate this case to <u>United States of America v. Approximately $415,000 in U.S. Currency</u>, 08-cv-1899-GEB-GGH. A petitioner / claimant in that case has filed a renewed notice of related cases. Upon review of both cases, the court again concludes that they do not meet the definition of "related cases" as given by Local Rule 83-123(a) and therefore DECLINES to relate them.

IT IS SO ORDERED.

DATED: April 9, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT