UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**



FILED
OCT 29 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                RE:    Randall Lee RAHAL
                     Docket Number: 2:08CR00566-01
                     **REQUEST TO VACATE JUDGMENT AND SENTENCE DATE/SCHEDULE STATUS DATE**

Your Honor:

Defendant Randall Lee Rahal is scheduled for Judgment and Sentencing on November 30, 2010. However, both counsel have indicated defendant Rahal's case will not proceed to sentencing until the related case of defendant Frederick Scott Salyer (2:10CR00061-01) has been resolved. This matter has yet to be set for trial and is pending further status on November 19, 2010.

Per agreement with the government and defendant's counsel, it is respectfully requested the Judgment and Sentencing date in this matter be vacated, and a status date scheduled for April 26, 2011. At that time, the matter can be continued for further status or, if the parties are ready, set for a Judgment and Sentencing date, along with a disclosure schedule for the presentence report.

                              Respectfully submitted,

                              LINDA O. DILLON
                              United States Probation Officer

**REVIEWED BY:** _____
                              JEFFREY C. OESTREICHER
                              **Supervising United States Probation Officer**

                                                                Rev. 11/2009
                                                       MEMO ~ COURT.MRG

RE: **Randall Lee RAHAL.**
    **Docket Number:   2:08CR00566-01**
    **REQUEST TO VACATE JUDGMENT AND**
    **SENTENCE DATE/SCHEDULE STATUS DATE**

Dated:   October 26, 2010
         Sacramento, California
         LOD/sca

Attachment(s)

cc:   Matthew Dean Segal
      Assistant United States Attorney

      Christopher D. Adams
      Defense Counsel

AGREE: ✓                                    DISAGREE: _____

_____            10/28/10
LAWRENCE K. KARLTON                          DATE
Senior United States District Judge