UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

          **RE:   Randall Lee RAHAL**
                **Docket Number: 2:08CR00566-01**
                <u>**REQUEST TO CONTINUE STATUS DATE**</u>

Your Honor:

It is respectfully requested the status date currently scheduled for April 26, 2011, be continued for further status to October 25, 2011. All parties have been notified of the new date and were anticipating a continuance of this matter based upon the status of the primary related case.

Respectfully submitted,

/s/
**LINDA O. DILLON**
**United States Probation Officer**

**REVIEWED BY:**      /s/
                        **JEFFREY C. OESTREICHER**
                        **Supervising United States Probation Officer**

Dated:      April 22, 2011
              Sacramento, California
              LOD/sda

cc:    Matthew D. Segal
       Assistant United States Attorney

       Christopher D. Adams
       Defense Counsel

**RE:   Randall Lee RAHAL.**
**       Docket Number:   2:08CR00566-01**
**       <u>REQUEST TO CONTINUE STATUS DATE</u>**

AGREE:        ✔             DISAGREE: _____

_____            <u>April 22, 2011</u>
**LAWRENCE K. KARLTON**                       DATE
Senior United States District Judge