CHRISTOPHER D. ADAMS
(Admitted *Pro Hac Vice*)
Law Office of Christopher D. Adams, LLC
146 Route 34, Suite 325
Holmdel, New Jersey, 07733
Telephone:   (732) 837-4544
Facsimile:   (973) 837-3002
Email:  chrisadams@cdadams.com

DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorneys for Defendant
RANDALL LEE RAHAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CR-566 LKK |
| Plaintiff, | **STIPULATION AND [PROPOSED]ORDER CONTINUING JUDGMENT AND SENTENCING** |
| vs. | |
| RANDAL LEE RAHAL, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Matthew D. Segal, Assistant U.S. Attorney; and, Randal Lee Rahal, through his attorneys, Christopher D. Adams, Walder, Hayden & Brogan, P.A. and David W. Dratman, that the Judgment and Sentencing presently scheduled for February 25, 2014 at 9:15 a.m. shall be continued to April 1, 2014 at 9:15 a.m. in accordance with the following schedule:

    Judgment and Sentencing Date:	April 1, 2014;

    Reply or Statement of Non-Opposition:	March 25, 2014;

| | | |
|---|---|---|
| Motion For Correction Of The Presentence Report Filed With The Court And Served On The Probation Officer And Opposing Counsel No Later Than: | | March 18, 2014; |
| The Presentence Report Filed With The Court And Disclosed To Counsel No Later Than: | | Filed; |
| Counsel's Written Objections To The Presentence Report Delivered To The Probation Officer And Opposing Counsel No Later Than: | | Delivered; |
| The Proposed Presentence Report disclosed to counsel: | | Disclosed. |

The defendant understands that the government will not consent to any further continuances of the judgment and sentencing date.

Dated:  February 18, 2014        CHRISTOPHER D. ADAMS
                                 (Admitted *Pro Hac Vice*)

                                 DAVID W. DRATMAN
                                 /s/ David W. Dratman
                                 DAVID W. DRATMAN
                                 Attorneys for Defendant

Dated: February 18, 2014         BENJAMIN B. WAGNER
                                 UNITED STATES ATTORNEY
                                 /s/ Matthew D. Segal*
                                 MATTHEW D. SEGAL
                                 Assistant U.S. Attorney
                                 *Signed with permission

<u>ORDER</u>

It is so ordered.

Dated: _____                _____
                                 LAWRENCE K. KARLTON
                                 Senior United States District Court Judge