CHRISTOPHER D. ADAMS
(Admitted *Pro Hac Vice*)
Law Office of Christopher D. Adams, LLC
146 Route 34, Suite 325
Holmdel, New Jersey, 07733
Telephone:   (732) 837-4544
Facsimile:   (973) 837-3002
Email:  chrisadams@cdadams.com

DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorneys for Defendant
RANDALL LEE RAHAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **2:08-CR-566 LKK** |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |
| vs. | |
| RANDAL LEE RAHAL, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Matthew D. Segal, Assistant U.S. Attorney; and, Randal Lee Rahal, through his attorneys, Christopher D. Adams, Walder, Hayden & Brogan, P.A. and David W. Dratman, that the Judgment and Sentencing presently scheduled for February 25, 2014 at 9:15 a.m. shall be continued to April 1, 2014 at 9:15 a.m. in accordance with the following schedule:

Judgment and Sentencing Date:		April 1, 2014;

Reply or Statement of Non-Opposition:		March 25, 2014;

| | |
|---|---|
| Motion For Correction Of The Presentence Report Filed With The Court And Served On The Probation Officer And Opposing Counsel No Later Than: | March 18, 2014; |
| The Presentence Report Filed With The Court And Disclosed To Counsel No Later Than: | Filed; |
| Counsel's Written Objections To The Presentence Report Delivered To The Probation Officer And Opposing Counsel No Later Than: | Delivered; |
| The Proposed Presentence Report disclosed to counsel: | Disclosed. |

The defendant understands that the government will not consent to any further continuances of the judgment and sentencing date.

Dated: February 18, 2014    CHRISTOPHER D. ADAMS
(Admitted *Pro Hac Vice*)

DAVID W. DRATMAN
/s/ David W. Dratman
DAVID W. DRATMAN
Attorneys for Defendant

Dated: February 18, 2014    BENJAMIN B. WAGNER
UNITED STATES ATTORNEY
/s/ Matthew D. Segal*
MATTHEW D. SEGAL
Assistant U.S. Attorney
*Signed with permission

ORDER

It is so ordered.

Dated: _February 24, 2014___  _____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT