UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDALL LEE RAHAL,<br><br>Defendant. | No.  No.  2:08-cr-0566 TLN<br><br><br>ORDER SETTING STATUS CONFERENCE |

It has come to the court's attention that this matter was apparently referred to the undersigned at the time of sentencing for findings and recommendations regarding the appropriate amount of restitution to be ordered.  (ECF No. 54.)

Accordingly, the matter is now scheduled for a status conference before the undersigned on July 29, 2015, at 9:20 a.m.  The parties may appear at the status conference telephonically.  To arrange telephonic appearance, counsel shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 at least 48 hours in advance of the hearing.  At the status conference, counsel shall be prepared to discuss whether additional briefing on the referred issue is necessary, a schedule for any such briefing, whether an evidentiary hearing is necessary and anything else that will assist the court in addressing the issue referred.[1]  The parties

---

[1] The defendant's appearance is unnecessary for this purpose.

1  may elect to file brief status reports addressing these matters by July 24, 2015, but are not

2  required to do so.

3        IT IS SO ORDERED.

4  Dated:  June 30, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1.crim
Rahal08cr00566.o.status