UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-0566 TLN |
| Plaintiff, | |
| v. | ORDER |
| RANDALL LEE RAHAL, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-0040 TLN |
| Plaintiff, | |
| v. | |
| JAMES RICHARD WAHL, JR., | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-0062 TLN |
| Plaintiff, | |
| v. | |
| JENNIFER LOU DAHLMAN, | |
| Defendant. | |

1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT C. TURNER, JR.<br><br>    Defendant. | No.  2:09-cr-0145 TLN |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY SHERMAN BEASLEY,<br><br>    Defendant. | No.  2:09-cr-0351 TLN |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAN SCOTT HUEY,<br><br>    Defendant. | No.  2:09-cr-0468 TLN |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN JAMES KING,<br><br>    Defendant. | No.  2:10-cr-0059 TLN |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FREDERICK S. SALYER,<br><br>    Defendant. | No.  2:10-cr-0061 TLN |

1    These criminal actions were referred to a United States Magistrate Judge for the issuance

2 of findings and recommendations with regard to whether an award of restitution was appropriate.

3    On November 1, 2015, the magistrate judge filed findings and recommendations herein

4 which were served on all parties and which contained notice to all parties that any objections to

5 the findings and recommendations were to be filed within fourteen days after service of the

6 findings and recommendations.  The only objections to the findings and recommendations were

7 filed by The Morning Star Packing Company, L.P. and Liberty Packing Company, LLC,

8 (collectively "Morning Star") in the matter of *United States v. Salyer*, No. 2:10-cr-0061-TLN-

9 DAD. (ECF No. 683.)  Defendant Frederick Scott Salyer filed a reply to Morning Star's

10 objections.  (2:10-cr-0061, ECF No. 684.)

11    The Court has reviewed the file and finds the findings and recommendations to be

12 supported by the record and by the magistrate judge's analysis.  With respect to Morning Star, the

13 Court has carefully reviewed the record and agrees with the Magistrate Judge that the issue of

14 how to calculate Morning Star's damages "is a thoroughly disputed issue of fact between

15 Morning Star and the Defendants." (2:10-cr-0061, ECF No. 682 at 22.)  Given the vigorous

16 debate about how to calculate and prove the damages, the Court finds that the calculation of any

17 restitution award with respect to Morning Star would, if even possible, be especially complex and

18 cause considerable further delay.

19    Accordingly, **IT IS HEREBY ORDERED** that:

20       1. The findings and recommendations filed November 1, 2015 are adopted in full;

21       2. No restitution is ordered against Defendant Jennifer Lou Dahlman and Defendant

22          Steven James King;

23       3. No further restitution is ordered against Defendant Robert C. Turner;

24       4. Defendant James Wahl, Jr., is ordered to pay restitution to Frito-Lay in the amount

25          of $160,219.00;

26       5. The Court finds that the calculation of any other restitution orders would involve

27          complex issues of fact related to the cause and amount of the victims' losses which

28          would complicate and prolong the sentencing process to a degree that the need to

provide restitution to any victim is outweighed by the burden on the sentencing process; and

6. The Court declines to enter any additional award of restitution.

Dated: March 30, 2016

Troy L. Nunley
United States District Judge