CHRISTOPHER D. ADAMS
(Admitted *Pro Hac Vice*)
Adams Buchan & Palo, LLC
146 Route 34, Suite 325
Holmdel, New Jersey 07733
Telephone: (732) 837-4544
Facsimile: (732) 837-3002
Email: chrisadams@cdadams.com

DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorneys for Defendant
RANDALL LEE RAHAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RANDALL LEE RAHAL,<br><br>Defendant. | Case No.: 2:08-CR-566 TLN<br><br>**STIPULATION TO PERMIT OUT OF COUNTRY TRAVEL AND PROPOSED ORDER** |
|---|---|

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Matthew Segal, and Defendant, Randall Rahal, by and through his counsel of record, David W. Dratman, Esq. and Christopher D. Adams, Esq. (PHV) with the approval and consent of the United States Probation Office, by Probation Officer

Frederick Lawton, hereby stipulate that permission be granted to permit Mr. Rahal to travel on September 22, 2017, from Boston, Massachusetts to Paris, France and from there to Domaine du clos d'Hullias, Saint-Christol de Rodieres for the wedding of his son Adam Rahal, to return to Boston, Massachusetts on October 2, 2017

IT IS SO STIPULATED.

Dated:   February 17, 2017         PHILLIP A. TALBERT
                                   Acting US Attorney

                                   s/Matthew Segal

                                   Assistant US Attorney


Dated:   February 17, 2017         David W. Dratman


                                   s/David W. Dratman
                                   Attorney for Defendant
                                   Randall Lee Rahal

**ORDER**

This matter coming before the Court by way of Stipulation between the United States of America, by and through its counsel of record, Assistant United States Attorney Matthew Segal, and Defendant, Randall Rahal, by and through his counsel of record, David W. Dratman, Esq. and Christopher D. Adams, Esq. (PHV), for permission for the defendant to travel on September 22, 2017, from Boston, Massachusetts to Paris, France and from there to Domaine du clos d'Hullias, Saint-Christol de Rodieres for the wedding of his son Adam Rahal, to return to Boston, Massachusetts on October 2, 2017, having the approval and consent of the United States Probation Office, by Probation Officer Frederick Lawton, and for good cause shown,

**IT IS ON** this 23rd day of February 2017,

ORDERED that the defendant be and hereby is permitted to travel on September 22, 2017, from Boston, Massachusetts to Paris, France and from there to Domaine du clos d'Hullias, Saint-Christol de Rodieres for the wedding of his son, and to return to Boston, Massachusetts on October 2, 2017.

_____
Troy L. Nunley
United States District Judge